IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NATIONAL MEDICAL IMAGING, LLC et al,<br>*Plaintiffs,*<br><br>v.<br><br>U.S. BANK, N.A. et al,<br>*Defendants.* | CIVIL ACTION<br><br>NO. 22-3744 |
|---|---|

### ORDER RE: MOTIONS FOR STAY OF TRIAL AND LEAVE TO APPEAL

**AND NOW**, this 9th day of November, 2022, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Defendants' Motions for Leave to Appeal (ECF 1) and Stay of Trial (ECF 7) are **DENIED**, and the Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-3744 National Medical Imaging LLC et al v. U.S Bank N.A. et al\Order re Motions for Stay and Leave to Appeal.docx